AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Feb 07, 2023

SEAN F. McAVOY, CLERK

EMANUEL MEJIA PRECIADO

*Plaintiff*

v.

EASTERN STATE HOSPITAL

*Defendant*

Civil Action No. 1:22-CV-03188-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee or comply with the in forma pauperis requirements of Rule 3(a) of the Rules Governing Section 2254 Cases in the United State District Courts.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Chief Judge Stanley A. Bastian.

Date: 2/7/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony